Timothy J. Silverman, Bar No. 145264
Holly J. Nolan, Bar No. 140775
SOLOMON, GRINDLE, SILVERMAN & WINTRINGER
A Professional Corporation
12651 High Bluff Drive, Suite 300
San Diego, California 92130
(858) 793-8500 Telephone
(858) 793-8263 Facsimile

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE WAYNE GORMAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK; CHASE AUTO FINANCE AKA NATIONAL RECOVERY GROUP, V.P. JAY P. COCCHIARA, & ASST. JPMORGAN CHASE BANK BRANCH MGR. ROSEMARY VERJAN, & CHASE AUTO FINANCE REP/EMPLOYEE JAMES SMITH, &, COLLECTIONS SUPERVISOR/EMPLOYEE TRICIA LAFRANTZ, &, EXECUTIVE SPECIALIST/EMPLOYEE SONIA PERALTA; JOSHUA ELIAS, PRES./OWNER DEL MAR RECOVERY SOLUTIONS, INC., ET AL.,<br><br>　　　　　Defendants. | Case No: 13CV225MMA (WMC)<br><br>NAME CORRECTION/ CLARIFICATION RE DEFENDANT JPMORGAN CHASE BANK, N.A.<br><br>Hearing:<br><br>Date:　　April 29, 2013<br>Time:　　2:30 p.m.<br>Dept:　　3A<br>Judge:　 Hon. Michael M. Anello |

Defendant JPMORGAN CHASE BANK, N.A. corrects/clarifies its name as set forth in the papers submitted herein on its behalf.  Defendant JPMORGAN CHASE BANK, N.A. herein clarifies that it is appearing herein as Defendant JPMORGAN CHASE BANK, N.A. as successor-in-interest to Chase Auto Finance Corp. by merger on October 1, 2011.

---

1

NAME CORRECTION/CLARIFICATION FOR DEFENDANT JPMORGAN CHASE BANK, N.A.

1 | Defendant JPMORGAN CHASE BANK, N.A. respectfully requests that the
2 | Docket in the above-referenced matter reflect this change.
3 | Dated: 4/24/13                SOLOMON, GRINDLE, SILVERMAN
                                   & WINTRINGER, APC

By:    s/ Holly J. Nolan
       Timothy J. Silverman
       Holly J. Nolan
       Attorneys for Defendant
       JPMORGAN CHASE BANK, N.A.

NAME CORRECTION/CLARIFICATION FOR DEFENDANT JPMORGAN CHASE BANK, N.A.