# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE WAYNE GORMAN,<br><br>                      Plaintiff,<br>vs.<br>JP MORGAN CHASE BANK, et al.,<br><br>                      Defendants. | CASE NO. 13cv225 MMA (WMc)<br><br>**ORDER DISMISSING ACTION** |

      On May 3, 2013, the Court granted Defendants' Motions to Dismiss Plaintiff's First Amended Complaint. [*See* Doc. No. 50.] The order granted Plaintiff leave to file a second amended complaint within 45 days. Over 130 days have elapsed since that time and Plaintiff has failed to file an amended complaint. Accordingly, pursuant to the Court's May 3 Order, the Court **DISMISSES** this action in its entirety.

      The Clerk of Court is instructed to terminate this case.

DATED: September 17, 2013

                                                Hon. Michael M. Anello
                                                United States District Judge