

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Joe Wayne Gorman

Civil Action No. 13-cv-00225-MMA-WMC

**Plaintiff,**

V.

JPMorgan Chase Bank , Chase Auto Finance, V.P. Jay P. Cocchiara , Rosemary Verjan,  James Smith,  Tricia LaFrantz, Sonia Peralta,  Joshua Elias, and Del Mar Recovery Solutions, Inc.

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Pursuant to the Court's May 3 Order, the Court Dismisses this action in its entirety.

Date:       9/17/13

**CLERK OF COURT**
**W. SAMUEL HAMRICK, JR.**
By:  s/  V. Mosqueda

V. Mosqueda, Deputy